AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Carrie Broughton-Irving, et al<br>*Plaintiff*<br>v.<br>John M. Saphir, et al<br>*Defendant* | ) ) ) ) ) | Civil Action No. 09 C 7979 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: Plaintiffs' Motion to Remand is granted. This case is REMANDED to the Circuit Court of Cook County, case no. 09 L 13169. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge David H. Coar on a motion for to Remand.

Date: 11/18/2011

Michael W. Dobbins, Clerk of Court

By: /s/ Patricia McQurter-Figgs
Deputy Clerk